# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

---

HENRY C. KING AND ANOTHER, APPELLANTS, *v.* MICHAEL GALVIN, RESPONDENT.

*Estoppel — election of remedies — when party bound by.*

This action was brought to recover the value of certain property belonging to the plaintiff, taken by the defendant, a judgment creditor of one Phillips, on an execution issued against him, as being his property. After the commencement of this action Phillips was declared a bankrupt, and his assignee sued the plaintiffs for property of Phillips fraudulently purchased of him by them, and recovered judgment against them therefor. In this proceeding plaintiffs claimed and were allowed to deduct from such claim against them, whatever the sheriff, by virtue of the execution against Phillips, had taken from them, such deduction including the property sought to be recovered in this action. *Held*, that the plaintiffs, having been allowed the value of the property taken by the defendant in the suit brought by the assignee of Phillips, could not now deny that such property belonged to him; and that this action could not be maintained.

APPEAL from a judgment in favor of the defendant, entered upon a verdict directed by the court, and from an order denying a motion for a new trial, made upon the judge's minutes.

*J. M. Carroll,* for the appellants.

*J. E. Dewey,* for the respondent.

Opinions by LEARNED, P. J., and JAMES, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

JAMES, J., dissented.

Judgment and order affirmed.